**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, E. R. SQUIBB & SONS, L.L.C., and ONO PHARMACEUTICAL CO., LTD.,<br><br>Plaintiffs,<br>v.<br><br>AMGEN INC.,<br><br>Defendant. | C.A. No. 26-cv-1134-GBW |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Matthew A. Pearson (Bar No. 4902) of Akin Gump Strauss Hauer & Feld LLP, 1735 Market Street, 12th Floor, Philadelphia, PA 19103 as counsel for Plaintiffs Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., and Ono Pharmaceutical Co., Ltd. in this matter.

While I am admitted to the Bar of this Court, I do not currently maintain an office in the District of Delaware. Accordingly, I will not serve as Delaware Counsel in this matter unless I apply for and receive such permission under D. Del. LR 83.5(f)(2), and will remain associated with Delaware Counsel in this matter from the law firm of Farnan LLP, 919 N. Market Street, 12th Floor, Wilmington, DE 19801, including Brian E. Farnan (Bar No. 4089) and Michael J. Farnan (Bar No. 5165).

Dated: September 17, 2026

Respectfully submitted,

/s/ [signature]

Matthew A. Pearson
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Tel: (215) 965-1200
mpearson@akingump.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., and Ono Pharmaceutical Co., Ltd.*